■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN WRIGHT, Appellant. [884 NYS2d 193]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (DeRosa, J.), imposed April 27, 2007, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Rivera, Santucci, Balkin and Chambers, JJ., concur.